IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA SMITH, | ) | CASE NO. 1:22 CV 2240 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **PURSUANT TO FED.R.CIV.P.** |
| CUYAHOGA COUNTY, *et al.* | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| Defendants. | ) | |

Now come the Parties, by and through the undersigned counsel, who provide this Honorable Court a stipulation of dismissal, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and this Court's Order of May 24, 2023.

Respectfully submitted,

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)
SOBEL, WADE & MAPLEY, LLC
55 Erieview Plaza, #370
Cleveland, Ohio 44114
(216) 223-7213
mapley@swmlawfirm.com

Attorney for Plaintiff

*s/ Michael J. Stewart*
Michael J. Stewart (0082257)
Mark R. Musson (0081110)
Assistant Prosecuting Attorneys
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
(216) 443-7800
mjstewart@prosecutor.cuyahogacounty.us
mmusson@prosecutor.cuyahogacounty.us
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed via the Court's electronic filing system on the 17th day of August 2023 and that service will be effectuated on all parties by operation thereof.

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)